[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 13, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-12863
Non-Argument Calendar

_____

D. C. Docket No. 04-00563-CR-T-23MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIARQUEZ BORDEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 13, 2007)**

Before BIRCH, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Scott Kalisch, retained appellate counsel for Viarquez Borden, has filed a

renewed motion to withdraw on appeal, supported by a brief prepared pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1]  Our

independent review of the now complete record reveals that counsel's assessment

of the relative merit of the appeal is correct.  Because independent examination of

the entire record reveals no arguable issues of merit, counsel's motion to withdraw

is **GRANTED**, and Borden's conviction and sentence are **AFFIRMED**.

---

[1]Kalisch previously filed a motion to withdraw, pursuant to Anders, which we denied without prejudice, but with leave to refile after he obtained the necessary transcripts to complete the record.